AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Jeanette Etheredge, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 4:08-3167-SB |
| | ) | |
| v. | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that: (check one):
☐ the plaintiff (name)_____recover from the defendant (name)_____the amount of _____dollars ($_____), which includes prejudgment interest at the rate of ___%, plus postjudgment interest at the rate of _____%, along with costs.
☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (name) _____recover costs from the plaintiff (name)_____
■ other: It is ORDERED that the decision of the Commissioner of Social Security is reversed pursuant to sentence four of 42 U.S.C. Section 405(g), and the case is remanded to the Commissioner for further consideration.

This action was (check one):

☐ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

☐ tried by Judge_____without a jury an the above decision was reached.

■ decided by: The Honorable Sol Blatt, Jr., United States District Judge

Date: March 3, 2010

CLERK OF COURT, LARRY W. PROPES

S/ Glenda J Nance
Signature of Clerk or Deputy Clerk